No. 72–871. SILVERS *v.* DOWLING, JUDGE, ET AL. Appeal from Sup. Ct. La. Motion to dispense with printing jurisdictional statement and motion to dispense with printing motion to dismiss or affirm granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–1007. MULLARKEY, ADMINISTRATOR *v.* FLORIDA FEED MILLS, INC., ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. ■